**In the Matter of the Care and Treatment of James LITTEER a/k/a James D. Litteer, a/k/a James Dennis Litteer, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78547**

Missouri Court of Appeals, Western District.

FILED: August 23, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied September 20, 2016

Margaret M. Johnston, Columbia, MO, for appellant

Mary H. Moore, for respondent

Before Division Four: Mark D. Pfeiffer, C.J., and Victor C. Howard and Alok Ahuja, JJ.

ORDER

PER CURIAM:

Following a jury trial, James Litteer was found to be a sexually violent predator under § 632.480, RSMo, and was committed to involuntary confinement in the custody of the Department of Mental Health. Litteer appeals. He argues that the evidence was insufficient to prove clearly and convincingly that his diagnosis of antisocial personality disorder made him more likely than not to commit future predatory acts of sexual violence if not confined to a secure facility. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).